IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 07-cv-02389-WDM-KLM

JOHN MATHEWS,

    Plaintiff,

v.

AMFI (AMERICAN FAMILY INSURE),

    Defendant.
_____

## MINUTE ORDER
_____

**ORDER ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

    This matter is before the Court *sua sponte*. Having been informed by Defendant that the parties have settled all claims in the above-captioned matter,

    IT IS HEREBY **ORDERED** that the Scheduling Conference set for March 18, 2008 at 10:00 a.m. is **vacated**.

    IT IS FURTHER **ORDERED** that the parties shall file a Stipulation of Dismissal on or before **March 28, 2008**.

    IT IS FURTHER **ORDERED** that the Motion to Stay [Docket No. 6] is **DENIED as moot**.

    Dated:    March 11, 2008